IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LIONEL HANNA,

        Petitioner,

vs.                                  CASE NO. 5:06cv190/RS

UNITED STATES OF AMERICA,

        Respondent.

_____/

## ORDER

Before the court is the Magistrate Judge's Order and Report and Recommendation (Doc. 5) and Petitioner's Response in Opposition of Order and Report and Recommendation (Doc. 7).   I have reviewed *de novo* the objections raised by Petitioner.

**IT IS ORDERED:**

1.    The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The Petition for Writ of Habeas Corpus (Doc. 1) is denied.

3.    The Petitioner's Motion for Appointment of Counsel (Doc. 2) is denied.

4.    The clerk is directed to close the file.

ORDERED on October 19, 2006.

                                                        **/S/ Richard Smoak**
                                                        **RICHARD SMOAK**
                                                        **UNITED STATES DISTRICT JUDGE**